**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Holding a Criminal Term

Grand Jury Sworn in on April 11, 2024

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO.** |
| : | |
| v. : | **MAGISTRATE NO. 24-MJ-0329** |
| : | |
| **TERRELL EDMONDSON, and** : | **VIOLATIONS:** |
| **TAURIAN ANDERSON,** : | **18 U.S.C. § 2119** |
| : | **(Carjacking)** |
| **Defendants.** : | **18 U.S.C. §§ 924(c)(1)(A)(ii)** |
| : | **(Using, Carrying, and Brandishing a Firearm** |
| : | **During a Crime of Violence)** |
| : | **18 U.S.C. § 922(g)(1)** |
| : | **(Unlawful Possession of a Firearm and** |
| : | **Ammunition by a Person Convicted of** |
| : | **a Crime Punishable by Imprisonment** |
| : | **for a Term Exceeding One Year)** |
| : | **18 U.S.C. § 2** |
| : | **(Aiding and Abetting)** |
| : | |
| : | **FORFEITURE:** |
| : | **18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and** |
| | **28 U.S.C. § 2461(c)** |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about October 4, 2024, in the District of Columbia, **TERRELL EDMONDSON AND TAURIAN ANDERSON** took a motor vehicle, to wit: a 2006 Infiniti M35X sedan bearing a Maryland license plate, that had been transported, shipped, and received in interstate and foreign commerce, from and in the presence of its J.A., by force, violence, and intimidation, with the intent to cause death and serious bodily harm.

(**Carjacking and Aiding and Abetting**, in violation of Title 18, United States Code, Section 2119 and 2)

1

## COUNT TWO

On or about October 4, 2024, in the District of Columbia, and elsewhere, **TERRELL EDMONDSON AND TAURIAN ANDERSON**, did unlawfully and knowingly use, carry, and brandish, during and in relation to, and did possess in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is, Carjacking, as charged in Count One of this Indictment, which is incorporated herein, a firearm.

**(Using, Carrying, Possessing, and Brandishing a Firearm During a Crime of Violence and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2)

## COUNT THREE

On or about October 4, 2024, within the District of Columbia, **TAURIAN ANDERSON**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2023-CF2-007964, did unlawfully and knowingly receive and possess a firearm, that is, a black Glock 9mm semi-automatic firearm, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Counts One, Two, and Three of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a black Glock 9mm semi-automatic firearm and 9mm ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

 (b) has been transferred or sold to, or deposited with, a third party;

 (c) has been placed beyond the jurisdiction of the Court;

 (d) has been substantially diminished in value; or

 (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

 **(Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*[signature]*
Attorney of the United States in
and for the District of Columbia